**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Eastern_____ District of New York_____
                              (State)

Case number (*If known*): _____ Chapter _____7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  __Law Offices of Lawrence Katz P.C._____

2. **All other names debtor used in the last 8 years**  _n/a_____

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  611552219

4. **Debtor's address**

   **Principal place of business**

   ___464 Malbone Street Suite 100_____
   Number     Street

   _____

   Brooklyn_____New York 11225_____
   City                              State     ZIP Code

   _Kings_____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number     Street

   _____
   P.O. Box

   _____
   City                              State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number     Street

   _____

   _____
   City                              State     ZIP Code

5. **Debtor's website** (URL)  _____

Debtor    Law Offices of Lawrence Katz PC
         _____
         Name

Case number (*if known*)_____

6. **Type of debtor**

   ☒ xxCorporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☒ Partnership (excluding LLP)
   ☒ Other. Specify: _____

7. **Describe debtor's business**

   ☒ *Check one:*
   ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☒ Railroad (as defined in 11 U.S.C. § 101(44))
   ☒ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☒ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☒ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ xxNone of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . _5411__ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ xxChapter 7
   ☐ Chapter 9
   ☐ Chapter 11. *Check **all** that apply*:

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12x

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☐ No
   ☐ xxxYes. Eastern District New York_____ When _07/01/2025____ Case number 61-155229
                                                         MM / DD / YYYY
            District _____ When _____ Case number _____
                                               MM / DD / YYYY

Debtor ___Law Offices of Lawrence Katz PC_____ Case number (*if known*)_____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ xx No
- ☐ Yes.  Debtor _____  Relationship _____
      District _____  When _____
                                                                                        MM / DD / YYYY
      Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ xx Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ xx No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?**_____
                           Number      Street

_____
_____      ____  _____
City                                            State ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ xx After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ xx 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

Official Form 201                      Voluntary Petition for Non-Individuals Filing for Bankruptcy              page **3**

| Debtor | Law Offices of Lawrence Katz PC | Case number (if known) |
|---|---|---|
| | Name | |

**15. Estimated assets**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ xx$1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/15/2025
MM / DD / YYYY

✗ _lawrence katz_    Lawrence Katz
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

✗ _lawrence katz_    Date 12/15/2025
Signature of attorney for debtor    MM / DD / YYYY

Lawrence Katz
Printed name

_____
Firm name

464 Malbone Street
Number    Street

Brooklyn            NY    11225
City                State    ZIP Code

516-374-2118            lkatz@lawkatz.com
Contact phone            Email address

2038461            New York
Bar number            State