# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 12/15/2025 |
| Case: 1−25−45985−jmm | Form ID: 309C | Total: 6 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Law Offices of Lawrence Katz P.C.    464 Malbone Street    Suite 100    Brooklyn, NY 11225 | |
| tr | Richard J. McCord    Certilman Balin Adler & Hyman    90 Merrick Avenue    East Meadow, NY 11554 | |
| aty | Lawrence Katz    464 Malbone Street    Brooklyn, NY 11225 | |
| smg | NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 | |
| smg | NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 | |
| smg | Office of the United States Trustee    Eastern District of NY (Brooklyn)    Alexander Hamilton Custom House    One Bowling Green, Room 510    New York, NY 10004−1408 | |

TOTAL: 6