United States Bankruptcy Court

Eastern District of New York

| | |
|---|---|
| In re: | Case No. 25-45985-jmm |
| Law Offices of Lawrence Katz P.C. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 15, 2025 | Form ID: 309C | Total Noticed: 6 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Law Offices of Lawrence Katz P.C., 464 Malbone Street, Suite 100, Brooklyn, NY 11225-3575 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: lkatz@lawkatz.com | Dec 15 2025 18:13:00 | Lawrence Katz, 464 Malbone Street, Brooklyn, NY 11225 |
| tr | + EDI: BRJMCCORD.COM | Dec 15 2025 23:13:00 | Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554-1597 |
| smg | + Email/Text: nys.dtf.bncnotice@tax.ny.gov | Dec 15 2025 18:13:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: BANKRUPTCY@LABOR.NY.GOV | Dec 15 2025 18:13:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Dec 15 2025 18:13:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025                    Signature:        /s/Gustava Winters

District/off: 0207-1

Date Rcvd: Dec 15, 2025

User: admin

Form ID: 309C

Page 2 of 2

Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Lawrence Katz | on behalf of Debtor Lawrence law offices of lawrence Katz PC lkatz@lawkatz.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Richard J. McCord | rmccord@cbah.com<br>afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com |

TOTAL: 3

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor | **Law Offices of Lawrence Katz P.C.** | EIN: 61–1552219 | |
| | Name | | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: | 7    12/15/25 |
| Case number: | **1–25–45985–jmm** | | |

## Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| **1. Debtor's full name** | Law Offices of Lawrence Katz P.C. | | |
| **2. All other names used in the last 8 years** | | | |
| **3. Address** | 464 Malbone Street<br>Suite 100<br>Brooklyn, NY 11225 | | |
| **4. Debtor's attorney**<br>Name and address | Lawrence Katz<br>464 Malbone Street<br>Brooklyn, NY 11225 | Contact phone 516–374–2118<br><br>Email: lkatz@lawkatz.com | |
| **5. Bankruptcy trustee**<br>Name and address | Richard J. McCord<br>Certilman Balin Adler & Hyman<br>90 Merrick Avenue<br>East Meadow, NY 11554 | Contact phone (516) 296–7801<br><br>Email: rmccord@cbah.com | |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 271–C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11201–1800 | Hours open:<br>9:00 am – 4:30 pm Monday–Friday<br><br>Contact phone (347) 394–1700<br><br>Date: 12/15/25 | |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 14, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For additional meeting information go to https://www.justice.gov/ust/moc** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 554 489 0191, and Passcode 8004435576, OR call 1 516 898–7526** | |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |